423 A.2d 1307

Commonwealth v. Sidney, Appellant.

Submitted March 23, 1979. Norris E. Gelman, for appellant; Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, SPAETH and LIPEZ, JJ.

Order affirmed.